CATHEDRAL COURT ASSOC., L.P., et al., Appellants/Third-Party Plaintiffs-Appellants, v CATHEDRAL PROPERTIES CORP., Respondent. KEVIN WALSH, Third-Party Defendant-Respondent.

Submitted June 9, 2014; decided September 16, 2014

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed so much of Supreme Court's order as dismissed the third-party complaint, denied; motion for leave to appeal otherwise dismissed upon the ground that the remainder of the Appellate Division order does not finally determine the action within the meaning of the Constitution.

In the Matter of CIJNTJE COX, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent.

Submitted July 14, 2014; decided September 16, 2014

Motion, insofar as it seeks leave to appeal from the February 2014 Appellate Division order, dismissed as untimely (see CPLR 5513 [b]); motion, insofar as it seeks leave to appeal from the May 2014 Appellate Division order, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of JAVIER C., a Person Alleged to be a Juvenile Delinquent, Appellant.

Decided September 16, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.